## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States of America            :         Criminal 03-844-12 (KSH)

                                    :

vs.

                                    :         ORDER EXTENDING TIME TO
                                              FILE A 2255 PETITION

Samir Moses

                                    :


      This Court is in receipt of documents from defendant Samir Moses deemed to constitute a motion for extension of time to file a petition under 28 U.S.C. Section 2255 (D.E.697 & 698) Further, the Court has been copied on Moses' application to the Third Circuit Court of Appeals for relief related to a direct appeal, which may serve as the basis for an evidentiary hearing under <u>Solis v. United States</u>, 252 F. 3d 289 (3d Cir. 2001).  A prerequisite for such a hearing will be the existence of a Section 2255 petition. Good cause appearing to extend the period of time for filing such petition, based on the foregoing and the information provided by the Bureau of Prisons that was included in Mosis' papers before the Third Circuit,

      It is on this 8th day of September, 2008,

      **ORDERED** that the time for filing a petition under 28 U.S.C. Seiction 2255 is extended to on or before November 8, 2008.


                                      <u>/s/ Katharine S. Hayden</u>
                                      KATHARINE S. HAYDEN   U.S.D.J.