UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br><br>SAMIR MOSES,<br><br>   *Defendant*. | Crim. No. 03-844  (KSH)<br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

  The Court noting that a written request from defendant Samir Moses filed on May 14, 2012, asking for a copy of a letter he previously wrote to the Court in 2006, has been improperly docketed as a "letter motion" for the appointment of counsel [D.E. 781];  and good cause appearing,

  IT IS on this 8th day of June, 2012

  **ORDERED** that the letter motion, improperly docketed as a motion to appoint new counsel [D.E. 781], is **terminated.**

            /s/ Katharine S. Hayden
            Katharine S. Hayden, U.S.D.J.